### 29949. BLACKSHEAR v. LIBERTY MUTUAL INSURANCE COMPANY et al.

GARDNER, J. This court in a judgment entered in this case (*Blackshear* v. *Liberty Mutual Insurance Company, 69 Ga. App.* 790, 26 S. E. 2d, 793), reversed the judgment of the superior court of Clayton County, and the Supreme Court on certiorari having reversed the judgment of this court (*Liberty Mutual Insurance Co.* v. *Blackshear, 197 Ga.* 334, 28 S. E. 2d, 860), the judgment of reversal originally rendered by this court is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 19, 1944.

*Marvin G. Russell,* for plaintiff. *Neely, Marshall & Greene, T. Elton Drake, William E. Ball,* for defendant.